**UNITED STATES of America, Plaintiff-Appellee**

v.

**Victor Manuel GARCIA-LARIOS, also known as Victor Larios-Garcia, Defendant-Appellant**

**United States of America, Plaintiff-Appellee**

v.

**Victor Manuel Garcia-Larios, Defendant-Appellant**

**No. 16-41280**
**Consolidated with 16-41281**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed August 1, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Philip Thomas Cowen, Esq., Law Office of Philip Cowen, Brownsville, TX, for Defendant-Appellant

Victor Manuel Garcia-Larios, Pro Se

Before HIGGINBOTHAM, SMITH, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Victor Manuel Garcia-Larios has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Garcia-Larios has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate

---

review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.